FILED
NOV 16 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | CR. NO. 2:06CR257-MEF |
| v. ) | [18 U.S.C. 2113(a)] |
| ) | |
| ) | |
| ANDREW PRESTON MAYFIELD ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about October 23, 2006, in Autauga County, within the Middle District of Alabama, the defendant,

ANDREW PRESTON MAYFIELD,

by force, violence, and intimidation, did take from the person and presence of another approximately $14,342, the exact amount being unknown to the Grand Jury, belonging to and in the care, custody, control, management, and possession of Wachovia Bank, located at 725 East Main Street, Prattville, Alabama, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

_/s/ Janice Dawn Williams_
Foreperson

_/s/ Leura G. Canary_
LEURA G. CANARY
UNITED STATES ATTORNEY

_/s/ Todd A. Brown_
Todd A. Brown
Assistant United States Attorney