IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-157-MEF |
| | ) | |
| ANDREW PRESTON MAYFIELD | ) | |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE SUSAN RUSS WALKER, UNITED STATES MAGISTRATE JUDGE:

Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and represents and shows unto the Court that there is pending in the United States District Court for the Middle District of Alabama an Indictment against Andrew Preston Mayfield now in custody of Autauga County Jail, Prattville, Alabama, and that said cause is set for arraignment at Montgomery, Alabama, in this Honorable Court on April 18, 2007, at 10:00 a.m.

WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to Autauga County Jail, Prattville, Alabama, commanding them to deliver said prisoner to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Honorable Court to be held at Montgomery, Alabama, on April 18, 2007, at 10:00 a.m.

Respectfully submitted this the 20th of March, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Todd A. Brown
TODD A. BROWN
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
todd.brown@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-157-MEF |
| | ) | |
| ANDREW PRESTON MAYFIELD | ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum, filed March 20, 2007, and for good cause shown, it is

ORDERED that the motion is GRANTED.  The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Autauga County Jail, Prattville, Alabama, commanding it to deliver Andrew Preston Mayfield to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court, to be held at Montgomery, Alabama, on April 18, 2007, at 10:00 am, and to return the prisoner to said official when the court shall have finished with him.

DONE this the _____ day of March, 2007.

_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE