# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:06cr257-MEF |
| | ) | |
| ANDREW PRESTON MAYFIELD | ) | |

## NOTICE OF FILING EXHIBITS IN SUPPORT OF SENTENCING POSITION

The defendant, Andrew Preston Mayfield, gives notice of filing of the following exhibits in support of his sentencing position:

### Table of Exhibits

1. Letter of Reference-Bibb County Career Technical Center

2. Letter of Reference-Bibb County High School

3. School Records - Bibb County High School (two pages).

4. HST Clinical Evaluation (four pages)

5. Prattville Police Department Interview of Andrew Preston Mayfield (twelve pages)

Respectfully submitted,

s/Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Ste. 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: don_bethel@fd.org
IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:06cr257-MEF |
| | ) | |
| ANDREW PRESTON MAYFIELD | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Todd A. Brown, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama  36104.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49