IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr257-MEF |
| | ) | |
| ANDREW PRESTON MAYFIELD | ) | |

**UNITED STATES' NOTICE OF APPEARANCE**

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, J.B. Perrine, and enters his notice of appearance on behalf of the United States in the above-styled cause.

Respectfully submitted this the 7th day of August, 2007.

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/J.B. Perrine
    J.B. PERRINE
    Assistant United States Attorney
    131 Clayton Street
    Montgomery, AL 36104
    Phone: (334) 223-7280
    Fax: (334) 223-7135
    E-mail: jb.perrine@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06cr257-MEF |
| ) | |
| ANDREW PRESTON MAYFIELD ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Donnie Wayne Bethel, Esq.

    Respectfully submitted,

    /s/J.B. Perrine
    J.B. PERRINE
    131 Clayton Street
    Montgomery, AL 36104
    Phone: (334)223-7280
    Fax: (334)223-7135
    E-mail: jb.perrine@usdoj.gov