**IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO. 2:06-CR-0257-MEF** |
| | ) | |
| **ANDREW PRESTON MAYFIELD** | ) | |

**UNITED STATES' MOTION FOR DOWNWARD DEPARTURE
FOR ACCEPTANCE OF RESPONSIBILITY**

Comes now the United States of America, by and through Leura G. Canary, United States

Attorney for the Middle District of Alabama, and respectfully moves this Court to reduce by one

(1) level Defendant's offense level based on Defendant's acceptance of responsibility.  As

grounds for this Motion, the United States avers as follows:

1.      On November 16, 2006, a one-count indictment was filed in this Court charging

Defendant with a violation of 18 U.S.C. § 2113(a).

2.      Defendant notified the United States of Defendant's intent to plead guilty to

Count 1 sufficiently early to permit the government to avoid preparing for trial

and to allocate its resources efficiently.  Defendant pled guilty to Count 1 on or

about May 8, 2007.

3.      Therefore, pursuant to advisory United States Sentencing Guidelines § 3E1.1(b),

as amended, the United States makes this formal motion for a one-level reduction

in Defendant's offense level for acceptance of responsibility such that the total

reduction in offense level for Defendant's acceptance of responsibility shall be

three (3) levels.

WHEREFORE, the United States respectfully requests that this Motion be granted.

Respectfully submitted this the 7th day of August, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

s/J.B. Perrine
J.B. PERRINE
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: jb.perrine@usdoj.gov
ASB 9077 E31J

**IN THE UNITED STATES DISTRICT COURT FOR**
**THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **v.** | **)** | **CR. NO. 2:06-CR-0257-MEF** |
| | **)** | |
| **ANDREW PRESTON MAYFIELD** | **)** | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to: Donnie Wayne Bethel, Esq.

Respectfully submitted,

s/J.B. Perrine
J.B. PERRINE
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: jb.perrine@usdoj.gov
ASB-9077-E31J

−3−